■ JOYCE RABOUIN, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY, Respondent. [723 NYS2d 651] —Order, Supreme Court, New York County (Herman Cahn, J.), entered November 9, 1999, unanimously affirmed for the reasons stated by Cahn, J. (182 Misc 2d 632), without costs or disbursements. Motion seeking to dismiss appeal and cross motion to strike matters outside the record and for other related relief denied. Motion seeking judicial notice granted. No opinion. Concur—Rosenberger, J. P., Nardelli, Andrias and Marlow, JJ.

■ MEDHAT M.S. AHMED, Appellant, v ROSE ZAMOR-SADEK, Respondent. [723 NYS2d 652] —Appeal from a resettled judgment of divorce, Supreme Court, New York County (Sherry Heitler, J.), entered March 5, 1999, and from an order, same court (Joan Lobis, J.), entered on or about April 17, 2000, which denied plaintiff's motion to vacate or amend the resettled judgment of divorce to provide for downward modification of child support, cessation of maintenance payments and vacatur of arrears, unanimously dismissed, without costs.

Plaintiff's appeals are untimely, his notice of appeal having been filed months after the judgment and order from which he seeks to appeal had been served upon him with notice of entry (see, CPLR 5513; Ibekweh v State of New York, 259 AD2d 397). In any case, were the appeals properly before us, we would affirm. Plaintiff's contention that the Special Referee's report provided for an award of pendente lite maintenance and child support, rather than permanent maintenance and child support, is not in accord with the record. Nor is there merit to plaintiff's claim that he is entitled to a downward modification of his maintenance obligation since he failed to make the requisite showing of a substantial change in financial circumstances. Plaintiff's remaining contentions are also without merit. Concur—Rosenberger, J. P., Nardelli, Andrias and Saxe, JJ.